**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:98-cr-00038-1 |
| | ) | Judge Nixon |
| EBEN PAYNE | ) | |

## ORDER

The Court hereby **SCHEDULES** a competency hearing in this case for **Tuesday, June 11, 2013, at 10:00 a.m.** The hearing will take place at the United States Courthouse in Springfield, Missouri.

It is so ORDERED.

Entered this 24th day of April, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT